IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL L. BAGGETT,                                                                           Plaintiff

v.                          Case No. 1:07-cv-00018-JMM-BD

MICHAEL J. ASTRUE,
Commissioner of the Social Security Administration,                    Defendant

### ORDER

Defendant Michael J. Astrue, Commissioner of the Social Security Administration, has moved to remand this case for further administrative proceedings under 42 U.S.C. § 405(g) (docket entry #6).  The motion is unopposed.

For good cause, the motion to remand is granted, and the case is hereby remanded to the Commissioner for further proceedings.

DATED this 31st day of October, 2007.


_____
UNITED STATES DISTRICT JUDGE